# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| | |
|---|---|
| MOHAMED HAMAMA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 0:17-cv-60890-RNS |
| MEDNAX SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), and through its undersigned counsel, Defendant MEDNAX SERVICES, INC. discloses the following: Mednax Services, Inc., a Florida corporation, is a wholly owned subsidiary of MEDNAX, Inc., a Florida corporation. Mednax, Inc. is a publicly held corporation. T. Rowe Price Group, Inc. owns 10.1% of Mednax, Inc. No other public entity owns 10% or more of Mednax, Inc.'s stock.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 9th day of May, 2017.

Respectfully submitted,

JACKSON LEWIS P.C.
390 North Orange Avenue, Suite 1285
Orlando, Florida 32801
Telephone:  (407) 246-8440
Facsimile:  (407) 246-8441


By:  */s/ Donald C. Works, III*
    Donald C. Works, III
    Florida Bar No.  0340308
    worksd@jacksonlewis.com

    Jesse I. Unruh
    Florida Bar No. 0093121
    jesse.unruh@jacksonlewis.com

Attorneys for Defendant, MEDNAX SERVICES, INC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of May, 2017, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing on all counsel or parties of record on the Service List below.


*/s/ Donald C. Works, III*
Donald C. Works, III

## SERVICE LIST

Katherine Heffner, Esquire
Florida Bar No. 112955
E-mail:  kheffner@cair.com
CAIR FLORIDA
8076 North 56th Street
Tampa, FL 33617
Telephone:  (813) 514-1414
Facsimile:  (813) 987-2400
Attorneys for Plaintiff

4838-4726-8168, v. 1